Argued December 20, 1977, affirmed January 16, 1978

In the Matter of the Marriage of
BLANCHARD, *Appellant,*
*and*
BLANCHARD, *Respondent—Cross-Appellant.*
(No. 76-1039, CA 8731)
573 P2d 1

James Patrick O'Neal, Roseburg, argued the cause for appellant. With him on the brief was Spence, O'Neal & Banta, Roseburg.

Darryl E. Johnson, PC, Roseburg, argued the cause and filed the briefs for respondent—cross-appellant.

Before Schwab, Chief Judge, and Lee and Roberts, Judges.

PER CURIAM.

Affirmed. No costs to either party. *McCoy and McCoy,* 28 Or App 919, 562 P2d 207, 29 Or App 287, 563 P2d 738 (1977).